# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALLAN ANDRES TORRES-MATA,<br><br>Defendant. | Case No. 15cr1900-MMA<br><br>**ORDER VACATING JUDGMENT, GRANTING REQUEST FOR NEW TRIAL, DISMISSING INFORMATION, AND RELEASING ALLAN ANDRES TORRES-MATA [BOP REGISTER NO. 44872-298]**<br><br>[Doc. No. 30] |

Upon motion of the parties, good cause appearing, the Court **GRANTS** the motion, **VACATES** the November 30, 2015 Judgment [Doc. No. 27], **GRANTS** the request for a new trial, **GRANTS** the motion to dismiss the Information [Doc. No. 9], **DISMISSES** the Information, and **ORDERS** the immediate release of Defendant Allan Andres Torres-Mata from custody.

**IT IS SO ORDERED**.

DATE: January 15, 2016

HON. MICHAEL M. ANELLO
United States District Judge